| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Nakia C Shepperson<br><br>Debtor(s) | Case No.: 20-16607 / CMG<br><br>Chapter 13<br><br>Hearing Date: 11/02/2022 at 10:00 AM<br><br>Judge: Christine M. Gravelle |

**TRUSTEE'S OBJECTION TO MODIFIED PLAN**

Albert Russo, the Standing Chapter 13 Trustee, hereby objects to the Modified Plan filed by the debtor for the following reasons:

1. The Modified Plan filed by the debtor is not filed in good faith pursuant to Section 1325(a)(3).

    - The modified plan proposes to reduce payment and base from 100% to a pro rata base.
    - There is no basis to reduce Trustee payment. Disposable income verifies at $1324.46 and will increase to 2063 when 401k
       loan expires on 8/14/23.
    - Plan fails to include minimum dividend of $22,456 per previous plan due to n/e equity in real estate and personal property
    - Trustee also objects to amended J for excessive expenses of $500 for electric; $250 for water and $626 auto payment which
       were previously objected to in original plan.
    - The debtor's arrears are $6888.
    - Need copy of 2021 Tax Return.

Dated: October 27, 2022                                    /s/ Albert Russo

Albert Russo, Standing Chapter 13 Trustee
By: Erik Collazo, Staff Attorney